

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MOHAMMED KEITA,

                               Plaintiff,

                -against-

LIBERTY MUTUAL INSURANCE, CON
EDISON OF NEW YORK, STATE FARM
INSURANCE, NYC COMPTROLLER, AND
NYC PUBLIC ADVOCATE OFFICE,

                             Defendants.
------------------------------------------------------------ x

MEMORANDUM & ORDER

17-cv-1695

VITALIANO, D.J.

*Pro se* plaintiff Mohammed Keita's motion, filed November 13, 2017, seeks reconsideration of the Court's November 6, 2017 order dismissing his complaint without prejudice for lack of subject matter jurisdiction. The motion is denied.

Keita makes no showing of any misapprehension by the Court of facts or law at the time of its ruling, which would require the Court to revisit its prior decision. *See Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal would not be taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 920-21, 8 L. Ed. 2d 21 (1962).

The Clerk of Court is directed to maintain this case on the closed docket.

So Ordered.

Dated: Brooklyn, New York
        December 4, 2017

                                          s/ Eric N. Vitaliano
                                          ERIC N. VITALIANO
                                          United States District Judge